UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | |
|---|---|
| Honorable Morrison C. England, Jr.<br>Chief United States District Judge<br>Sacramento, California | **Jose RODRIGUEZ-RAMIREZ**<br>**Docket Number:  2:14CR00204-01**<br>**PERMISSION TO TRAVEL**<br>**OUTSIDE THE COUNTRY** |

Your Honor:

Mr. Jose Rodriguez-Ramirez is requesting permission to travel to Mexico.  He has maintained full-time employment, and has remained in compliance with the conditions of his supervised release, with no violation conduct.  This officer recommends approval be granted.

**Conviction and Sentencing Date:**  On September 10, 2010, Mr. Rodriguez-Ramirez was sentenced in the District of Kansas for the offense of 21 USC 841(a)(1), with reference to 21 USC 841(b)(1)(A) – Possession With Intent to Distribute 5 Kilograms or More of Cocaine Hydrochloride (CLASS A FELONY).  On August 11, 2014, transfer of jurisdiction was granted by the Eastern District of California.

**Sentence Imposed:**  51 months custody of the Bureau of Prisons; 36-month Term of Supervised Release; Mandatory drug testing; Firearms restrictions; DNA collection; and a $100 special assessment.

**Dates and Mode of Travel:**  Mr. Rodriguez-Ramirez will travel by bus to Sinaloa, Mexico, on December 21, 2015, returning January 9, 2016.

**Purpose:**  Mr. Rodriguez-Ramirez is traveling to Mexico due to a family emergency.  He advises his mother, who lives in Mexico, has fallen ill, and he would like to be with her.

RE:   Jose RODRIGUEZ-RAMIREZ
       Docket Number:  2:14CR00204-01
       <u>PERMISSION TO TRAVEL OUTSIDE THE COUNTRY</u>

                    Respectfully submitted,

                    /s/ *Julie A. Fowler*

                    **JULIE A. FOWLER**
                    United States Probation Officer

Dated:   December 21, 2015
         Roseville, California
         /jaf

                    /s/ Michael A. Sipe
**REVIEWED BY:**   **MICHAEL A. SIPE**
                          **Supervising United States Probation Officer**

---

## ORDER OF THE COURT

☒   Approved    ☐   Disapproved

**December 21, 2015**
**Date**                          **Honorable Morrison C. England, Jr.**
                                      **Chief United States District Judge**